# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Erick A. S.,

        Petitioner,

v.

Pamela Bondi, et al.,

        Respondents.

**ORDER DISMISSING WRIT
OF HABEAS CORPUS**

Civil File No. 26-1515 (MJD/ECW)

Lindsey A. Davis, Zelle LLP, Counsel for Petitioner.

David W. Fuller, Jesus Cruz Rodriguez, Assistant United States Attorneys, Counsel for Respondents.

On February 24, 2026, the Court granted Petitioner's Petition for Writ of Habeas Corpus and ordered Respondents to immediately arrange for Petitioner's release from detention and to immediately return to Petitioner all his personal property that was taken when Petitioner was detained. [Doc. 8.] On February 26, 2026, Respondents' counsel filed a status report informing the Court that Petitioner had been released from detention on February 25 without conditions. [Doc. 10.] Although the report does not mention Petitioner's personal property, Petitioner's counsel confirmed with the Court via a February 27 email that Petitioner's property was given to him upon release.

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Petitioner Erick A. S.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 2, 2026

s/Michael J. Davis
Michael J. Davis
United States District Court

2