# UNITED STATES DISTRICT COURT
## District of Minnesota

Erick Saul Arreaga Salguero,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood and Eric Tollefson,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-1515 MJD/ECW

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Erick A. S.'s Petition for Writ of Habeas Corpus [Doc. 1] is DISMISSED without prejudice.

Date: 3/3/2026

KATE M. FOGARTY, CLERK